```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:     SCOTT WENDEL              :Bankruptcy No. 17-13110ELF
                                     :
                                     :
           **Debtor**                : Chapter 13

### ANSWER TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

   SCOTT WENDEL, through his attorney, Zachary Perlick, Esquire, answers movant's Motion for Relief, and sets forth in support thereof as follows:

1. - 6.   Admitted.

   7.   Admitted in part/ denied in part. Debtor has tendered post-petition payments to movant, however, Debtor admits to a small post-petition delinquency to Movant which can be cured over a short time.  By way of further answer, debtor would like to enter into a loan modification.

   8.   Denied.

   9.   Denied.  Debtor denies legal fees and costs in the amount of $1,031.00.

   10.  Denied.  Movant is adequately protected by Debtor's direct payments to the mortgagee, payments to the Chapter 13 Trustee, equity in the property and insurance coverage.

   11.  No answer is required.

   12.  Denied.

   13.  Denied.

WHEREFORE, Debtor prays that movant's Motion for Relief be DENIED.

Respectfully submitted,

/Zachary Perlick/
ZACHARY PERLICK, ESQUIRE